UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>       Plaintiff,<br><br>  -against-<br><br>MEGGESTO CROSSETT & VALERINO, LLP,<br><br>       Defendant. | 24-cv-8744 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 20, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 21, 2024
    New York, New York

              /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
            Chief United States District Judge